Attorney or Party Name, Address Telephone & FAX Numbers, and California State Bar Number

Arlene M. Tokarz    SBN: 96213
Attorney at Law
600 West Santa Ana Blvd #814 Santa Ana, CA 92701
(714) 836-5022 (714) 833-9861 facsimile
amtokarzesq@aol.com

*Attorney for* Debtor, Diane Frances Gieling

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

DIANE FRANCES GIELING

CHAPTER __7__

CASE NUMBER RS-09-15427-BB

Debtor.            (No Hearing Required)

# NOTICE OF MOTION AND MOTION TO AVOID LIEN
# UNDER 11 U.S.C. § 522(f) (PERSONAL PROPERTY)
**(Creditor Name:** ___THERESA REAGAN-BLOOD___ **)**

*(Insert Name of Creditor holding Lien to be Avoided)*

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor hereby moves this Court for an Order, without a hearing, avoiding a lien on the grounds set forth below.

3. **Deadline for Opposition Papers:**
Pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to Debtor's Motion may file and serve a written objection and request a hearing on this Motion. If you fail to file a written response within fifteen (15) days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

4. **Type of Case:**

   a. ☒ A Voluntary Petition under Chapter   ☒ 7   ☐ 11   ☐ 12   ☐ 13 was filed on: 3/24/09
   b. ☐ An Involuntary Petition under Chapter  ☐ 7   ☐ 11 was filed on:
      ☐ An Order of Relief under Chapter       ☐ 7   ☐ 11 was entered on:
   c. ☐ An Order of Conversion to Chapter     ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on:
   d. ☐ Other:

5. **Procedural Status:**
   a. ☒ Name of Trustee Appointed *(if any)*: Christopher R. Barclay
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-1.7**

| | Motion to Avoid Lien (Real Property) - *Page 2* | F 9013-1.7 |
|---|---|---|
| In re | | CHAPTER: 7 |
| DIANE FRANCES GIELING | Debtor(s). | CASE NO.: RS-09-15427-BB |

6. Debtor claims an exemption in the subject personal property under:
   a. ☐ California Code of Civil Procedure § _____ (Homestead): Exemption amount claimed on Schedules: $_____
   b. ☒ California Code of Civil Procedure § _____ Exemption amount claimed on Schedules: $20,000.00
   c. ☐ Other Statute *(specify)*: CCP Section 703.140(b)(5)
   d. ☐ Other Statute *(specify)*:

7. Debtor's entitlement to an exemption is impaired by a non-judicial lien, the details of which are as follows:
   a. On *(specify date)*: 10/25/07, Debtor obtained a consumer loan from Respondent in the principal amount of *(specify amount)*: $ 10,000.00
   b. As security for said loan, Debtor gave Respondent a security interest in certain personal property in Debtor's possession.
   c. The loan was neither obtained nor used for the purpose of buying the personal property described in Paragraph (b) above.
   d. The current balance due on the loan is *(specify amount)*: $ 10,000.00

8. On Schedule C, Debtor claimed an exemption in said personal property.

9. Debtor alleges that the fair market value of each individual item of the personal property claimed exempt is set forth in a declaration attached hereto. *(Attach Debtor's declaration to this motion)*

10. Debtor attaches the following documents in support of the motion *(as appropriate)*:
    a. ☒ Schedule C listing all exemptions claimed by Debtor(s) 28,600.00
    b. ☐ Loan agreement
    c. ☒ Security agreement
    d. ☐ Declaration of Fair Market Value
    e. ☐ Other *(specify)*:
    f. ☐ Other *(specify)*:
    g. ☐ Other *(specify)*:

11. Total number of attached pages of supporting documentation: 3

12. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this motion was executed on the following date at April 29, 2009, California.

WHEREFORE, Debtor prays that this Court issue an Order (a copy of the form of which is submitted herewith and has been served) avoiding the subject lien.

Dated: 4/29/09

*Debtor's Signature*

Dated: 4/29/09

Law Offices of Arlene M. Tokarz
*Law Firm Name*
By: _____
Name: Arlene M. Tokarz, Esq.
*Attorney for Debtor*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.7

## ATTORNEY - CLIENT ENGAGEMENT AGREEMENT

I, __DIANE GIELING__, the client, desire and do engage THERESA REAGAN-BLOOD to represent me in the following proceeding, case or controversy:

DISSOLUTION OF MARRIAGE ISSUES: ALL ISSUES OF PROPERTY, DEBT, SUPPORT, RESTRAINING ORDERS AND ATTORNEY FEES.

For value received __$3500.00__, the receipt of which is hereby acknowledged, I promise to pay $300.00 per hour for the time and efforts of THERESA REAGAN-BLOOD.

This payment is a general retainer in which the client agrees to pay a minimum fee of $__750.00__ in exchange for the attorney's promise to be available and to undertake performance of legal services in connection with the above mentioned legal matter.

This minimum fee is "An Engagement Fee" solely for the purpose of insuring the availability of THERESA REAGAN-BLOOD for this matter has been paid herewith in the amount of $__750.00 in order to assume representation__. (CRPC 2-111(A)B)). This engagement fee is non-refundable in all events pursuant to California case law in BARANOWSKI V. STATE BAR. **When the balance falls to $500.00 a new engagement fee of $1500.00 is required.**

The billings will be in increments of one-tenth of an hour. Billings shall include travel time to and from Court. Should any billing not be paid within ten (10) days of its date, I authorize the THERESA REAGAN-BLOOD to be relieved as counsel and agree to sign a Substitution of Attorney form for that purpose. If any billing is not paid in full within ten days after the billing date a late charge of 10% of the balance will be added to the principal. Phone calls are charged at .2 (2/10ths of an hour) minimum.

I, __DIANE GIELING__, give THERESA REAGAN-BLOOD a lien on the claim, cause of action or any sum recovered by way of settlement/judgment, division of community property, confirmation of separate property, accrued arrearages of support in the amount of the total accrued hours and costs. THERESA REAGAN-BLOOD is authorized to receive so much of the settlement/judgment or other funds as is needed to pay those accrued hourly charges/costs and disburse the remainder to me. THERESA REAGAN-BLOOD is further authorized to apply whatever trust funds I have on hand with her office toward my unpaid hourly fee charges or costs.

All costs of this litigation including, but not limited to, filing fees, deposition reporter costs, witness fees, etc., are my responsibility alone. If the THERESA REAGAN-BLOOD advances those costs I promise to reimburse her immediately and those amounts become a lien against the proceeds of this case until reimbursed. A __$350.00__ **deposit is made at this time for the filing fees for the FILINGS AND SERVICE OF PROCESS.** No costs for any additional costs, including discovery costs, word-processing, telephone, photocopy, or mailing charges are taken at this time. **COSTS WILL BE BILLED ON A MONTHLY BASIS AND ARE DUE AT THAT TIME.**

**FIVE (5) DAYS PRIOR TO ANY COURT HEARING, CLIENT AGREES TO PAY/REPLACE/OR BRING THE ENGAGEMENT FEE BALANCE UP TO THE AMOUNT OF NO LESS THAN $500.00 TO ASSURE PAYMENT FOR ATTORNEY'S TIME AND SERVICE AT HEARING.**

THERESA REAGAN-BLOOD has made no guarantees regarding the termination of this case; all expressions thereto are opinion only. _____DIANE GIELING_____ acknowledges that no guarantees are possible. The case law, statutes governing disputes and the disposition of the courts are always changing and can only be determined upon the facts existing at the time of hearing or trial.

\*\*\*\*

I have read the above Engagement Agreement and I understand it fully, having been given the opportunity to ask questions and received explanation, and I am in full agreement with its terms and conditions.

I understand that attorney's fees are negotiable and not set by law, and that I have the right to seek independent counsel of my choosing.

Executed in BIG BEAR LAKE, California, this 23st day of OCTOBER 2007

_____            _____
DIANE GIELING                                                         THERESA REAGAN-BLOOD

\*\*\*\*

I authorize the Law Office of Theresa Reagan-Blood to fax client communications to me or my office. (INITIAL ONLY IF YOU HAVE A FAX)

585-3911    DG
FAX NO. AND CLIENT INITIALS

Diane Frances Gieling

Case No. KS0915427 BK

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account<br>Location: First Mountain Bank, Big Bear Lake, CA | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings<br>Location: 343 Davos, Big Bear City CA | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Wearing Apparel** | | | |
| Wearing apparel<br>Location: 343 Davos, Big Bear City CA | C.C.P. § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1998 BMW 323i<br>Location: 343 Davos, Big Bear City CA | C.C.P. § 703.140(b)(2)<br>C.C.P. § 703.140(b)(5) | 3,300.00<br>1,700.00 | 5,000.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Equilization payment from Disso. | C.C.P. § 703.140(b)(5) | 20,000.00 | 20,000.00 |
| | Total: | 28,600.00 | 28,600.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| In re | CHAPTER: 7 |
|---|---|
| DIANE FRANCES GIELING          Debtor(s). | CASE NO.: RS-09-15427-BB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 600 West Santa Ana Blvd #814, Santa Ana, CA 92701

A true and correct copy of the foregoing document described as  Notice of Motion to Avoid Lien Under 11 USC 522(f) Personal Property (Creditor Name: Theresa Reagan Blood)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/29/09  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Wolfone@aol.com

ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 4/29/09  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
(IMPORTANT NOTE: Compliance with F.R.B.P. 7004(b)(3) and California Code of Civil Procedures, Section 416.10 is required for service upon corporations. Service must be made upon an officer or other agent of the corporation authorized to accept service to process.)

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/29/09 | Joseph Pizzuto | _____ |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-1.7**

*January 2009*

## Service By Mail

**Debtor:**
Diane Frances Gieling
PO Box 1471
Sugarloaf, California 92386

**Attorney for Debtor**
Arlene M. Tokarz
Attorney at Law
600 West Santa Ana Blvd #814
Santa Ana, CA 92701

**Office of United States Trustee**
3685 Main Street #300
Riverside, California 92501

**Chapter 7 Trustee**
Christopher R. Barclay
PO box 26099
Santa Ana, CA 92799

**Creditor**
Theresa Reagan-Blood
Attorney at Law
PO Box 1989-372
Big Bear Lake, CA 92315-1989

**Creditor**
Dixie Jean Allison
Attorney at Law
41496 Comstock
PO Box 1905
Big Bear Lake, CA 92315-2905

Diane Frances Gieling
PO Box 1471
Sugarloaf, CA 92386


Arlene M. Tokarz
Law Office of Arlene M. Tokarz
600 West Santa Ana Blvd.
Suite #814
Santa Ana, CA 92701


Bac / Fleet Bankcard
Po Box 26012
Greensboro, NC 27420


Bank of America
PO Box 15726
Wilmington, DE 19886-5726


Chase - Cc
Attention: Bankruptcy Department
Po Box 15298
Wilmington, DE 19850


Chase Dennis Emerg Med Grp
PO Box 740023
Cincinnati, OH 45274-0023


Collection Consultants
6100 San Fernando Rd Ste
Glendale, CA 91201


Dixie Jean Allison
Attorney At Law
41496 Comstock
PO Box 1905
Big Bear Lake, CA 92315-1905

First Source Advantage, LLC
PO Box 628
Buffalo, NY 14240-0628


Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 537901
Livonia, MI 48153


Hsbc Bank
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197


Indymac Bank
7700 W Parmer Ln
Bldg D 2nd Floor
Austin, TX 78729


James A. West, P.C.
6380 Rogerdale Road
Suite 130
Houston, TX 77072-1624


Ocwen Loan Servicing L
1661 Worthington Rd Suite 100
West Palm Beach, FL 33409


Sm Servicing
902 Twin Creek Dri
Killeen, TX 76543


Theresa Reagan-Blood
Attorney At Law
PO Box 1989-372
Big Bear Lake, CA 92315-1989

United Recovery Systems, LP
PO Box 722929
Houston, TX 77272-2929

Victoria's Secret
Po Box 182273
Columbus, OH 43218

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Arlene M. Tokarz<br>Law Office of Arlene M. Tokarz<br>600 West Santa Ana Blvd.<br>Suite #814<br>Santa Ana, CA 92701<br>714-836-5022 Fax: 714-836-9861<br>96213<br>[X] Attorney for: Diane Frances Gieling, Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Diane Frances Gieling**<br>Debtor(s). | CASE NO.: RS-09-15427-BB<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

| | | |
|---|---|---|
| [ ] | Petition, statement of affairs, schedules or lists | Date Filed: |
| [ ] | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: |
| [X] | Other: Notice of Motion and Motion to Avoid Lien Under 11 USC Sect 522(f) Personal Property (Creditor Name: Theresa Reagan-Blood) | Date Filed: April 29, 2009 |

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_/s/ [signature]_                    _4/29/09_
*Signature of Signing Party*         Date
**Diane Frances Gieling**
*Printed Name of Signing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s)* or *Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_/s/ [signature]_                    _4/29/09_
*Signature of Attorney for Signing Party*    Date
**Arlene M. Tokarz 96213**
*Printed Name of Attorney for Signing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006
Software Copyright (c) 1996-2009 Best Case Solutions, Inc - Evanston IL - (800) 492-8037

Best Case Bankruptcy